Walston v. Burlington Industries

*Attorney General Rufus L. Edmisten, by Associate Attorney Walter M. Smith and Assistant Attorney General Reginald L. Watkins, for the State.*

*Adam Stein, Appellate Defender, and James H. Gold, Assistant Appellate Defender, for defendant.*

———————

CULLEN WALSTON, EMPLOYEE, PLAINTIFF v. BURLINGTON INDUSTRIES, EMPLOYER AND LIBERTY MUTUAL INSURANCE COMPANY, CARRIER, DEFENDANTS

No. 116A81

(Filed 8 March 1982)

THIS cause is before us upon plaintiff's petition to rehear and reconsider the decision of this Court rendered in this case on 12 January 1982.

The petition to rehear is allowed for the limited purpose of entering this order in the cause:

Plaintiff contends that the following statement contained in the opinion filed on 12 January 1982 is erroneous:

"Disability caused by and resulting from a disease is compensable when, and only when, the disease is an occupational disease, or is aggravated or accelerated by an occupational disease."

Plaintiff's contention has merit. The statement is hereby corrected to read as follows:

"Disability caused by and resulting from a disease is compensable when, and only when, the disease is an occupational disease, or is aggravated or accelerated by causes and conditions characteristic of and peculiar to claimant's employment."

This order will be printed in the official reports of decisions of this Court.

Done by the Court in Conference, this 8th day of March 1982.

MITCHELL, J.
For the Court